IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23 CV 292 MR WCM

| | |
|---|---|
| BANKERS STANDARD INSURANCE COMPANY, as subrogee of John Lupoli,<br><br>Plaintiff,<br><br>v.<br><br>GREE USA, INC.; MJC AMERICA, LTD., GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI; and HONG KONG GREE ELECTRIC APPLIANCE SALES, LTD.,<br><br>Defendants. | ORDER |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Megan M. Stacy. The Motion indicates that Ms. Stacy, a member in good standing of the Bar of this Court, is local counsel for Defendant MJC America, Ltd., and that she seeks the admission of Kaitlyn Cunningham, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Kaitlyn Cunningham to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 20, 2023

_____
W. Carleton Metcalf
United States Magistrate Judge